UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT RONALD ZEITLER,<br><br>    Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN,<br>COMMISSIONER OF SOCIAL SECURITY<br>ADMINISTRATION,<br><br>    Defendant. | Case No.  5:16-cv-00862-EJD<br><br>**ORDER TO SHOW CAUSE** |

On February 23, 2016, the court issued a Procedural Order for Social Security Review Actions which required, inter alia, that Plaintiff file a motion for summary judgment or for remand within 30 days of service of Defendant's Answer. Dkt. No. 6. Defendant filed an Answer on May 27, 2016, and Plaintiff was electronically served with that document on the same date pursuant to Civil Local Rule 5-1(h). Dkt. No. 10. As of the date and time this order was filed, however, Plaintiff has not filed a motion for summary judgment or for remand, and the time to file such motion as expired.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute. If Plaintiff does not, by **4:00 p.m. on July 1, 2016**, file a motion for summary judgment or for remand, the court will dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated:  June 28, 2016



EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:16-cv-00862-EJD
ORDER TO SHOW CAUSE