UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SCOTT RONALD ZEITLER,

    Plaintiff,

v.

CAROLYN W. COLVIN,
COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,

    Defendant.

Case No. 5:16-cv-00862-EJD

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

    Because Plaintiff has since complied with its requirements, the Order to Show Cause issued on June 28, 2016 (Dkt. No. 12), is DISCHARGED.

    Further briefing shall occur according to the scheduling order filed on February 23, 2016 (Dkt. No. 6).

**IT IS SO ORDERED.**

Dated: July 12, 2016

EDWARD J. DAVILA
United States District Judge