BRIAN J. STRETCH
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: 415-977-8963
Facsimile: 415-744-0134
E-mail: Sharon.Lahey@ssa.gov

ATTORNEYS FOR DEFENDANT

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SCOTT RONALD ZEITLER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CAROLYN W. COLVIN,<br>　Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 5:16-cv-00862-EJD<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by and between Scott Ronald Zeitler (Plaintiff) and Carolyn W. Colvin, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that the time for Defendant to respond to Plaintiff's motion for summary judgment (Docket No. 13) be extended by 30 days, from July 29, 2016 to August 29, 2016.  This is the first extension of time requested by Defendant.  This matter was recently transferred inter-office to the undersigned attorney, who requires additional time to review and adequately address the issues Plaintiff raises in his motion for summary judgment.

/ / /

/ / /

STIPULATION & ~~PROPOSED~~ ORDER (CASE NO. 5:16-cv-00862-EJD)

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Date: July 25, 2016                    NEYHART ANDERSON FLYNN & GROSBOLL


                                       By: /s/ *Mark Hanley Lipton**
                                       MARK HANLEY LIPTON
                                       Attorneys for the Plaintiff
                                       (*Authorized by email on July 25, 2016)

Date: July 25, 2016                    BRIAN J. STRETCH
                                       United States Attorney


                                       By: /s/ *Sharon Lahey*
                                       SHARON LAHEY
                                       Special Assistant United States Attorney


## ORDER

Good cause appearing, pursuant to stipulation, IT IS SO ORDERED. Defendant shall file her response to Plaintiff's Motion for Summary Judgment on or before August 29, 2016. Any reply thereto shall be filed on or before September 12, 2016.

DATE: 7/27/2016

                                       _____
                                       HONORABLE EDWARD J. DAVILA
                                       UNITED STATES DISTRICT JUDGE

STIPULATION & ~~PROPOSED~~ ORDER (CASE NO. 5:16-cv-00862-EJD )